IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELISSA STOCKTON<br><br>             Plaintiff,<br>vs.<br><br>HOUSECALLS HOME HEALTH SERVICES, INC., ALLCARE HEALTH SYSTEMS, INC., and **DEREK APPLE,** An Individual,<br><br>             Defendants. | Case No. 06-CV-00357-GKF-PJC |

## PLAINTIFF'S MOTION IN LIMINE

COMES NOW the Plaintiff, Melissa Stockton, by and through her attorney of record, Bill V. Wilkinson of the Wilkinson Law Firm, and in support of her "Motion in Limine," alleges and states as follows:

1. The Court should limit, restrict, and prohibit Defendants, their Counsel, and/or witnesses called on behalf of the Defendants from testifying or otherwise communicating to the jury, either directly or indirectly, any information pertaining to the following subjects:

    a. Any matters pertaining to the prior marriage and divorce of the Plaintiff;

    b. Any matters involving relationships or alleged relationships between the Plaintiff's husband, Mr. Phillip Money, and other female employees of the Defendants prior to the time when the Plaintiff and Mr. Phillip Money were married;

    c. Any matters involving controversies or conflicts between Plaintiff's husband, Mr. Phillip Money, and the Plaintiff's former husband.

    d. Any matters involving allegations of inappropriate or improper romantic conduct between the Plaintiff and her husband, Mr. Phillip Money, prior to the time when the parties were married;

  e.  Any matters involving alleged criminal activities and/or criminal convictions of Plaintiff's husband, Mr. Phillips Money.

  f.  Any matters involving the Plaintiff's weight problems and/or medical treatments for weight problems;

  g.  Any matters involving the opinion and reputation evidence of character of witness Andrea Hopper, the Plaintiff, and/or the Plaintiff's husband, Mr. Phillip Money.

  h.  Any matters involving alleged provocative dancing by witness Andrea Hopper which allegedly occurred at a private function but which did not involve directly or indirectly the Defendants.

2. The Court should limit, restrict, and prohibit Defense Counsel from posing leading questions in violation of <u>Rule 611(c), Federal Rules of Evidence</u>.

3. Plaintiff submits her Brief in Support of this Motion in Limine.

WHEREFORE, Plaintiff prays the Court to grant this Motion in Limine.

Respectfully submitted,

Wilkinson Law Firm

By: <u>s/ Bill V. Wilkinson</u>
Bill V. Wilkinson, OBA No. 9621
7625 East 51st Street, Suite 400
Tulsa, Oklahoma 74145-7857
Tel: 918/663-2252; Fax: 918/663-2254

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the ___2nd___ day of August, 2007, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Reuben Davis, OBA #2208
Boone, Smith, Davis, Hurst & Dickman
500 ONEOK Plaza
100 West Fifth Street
Tulsa OK 74103
rdavis@boonesmith.com

                                                s/ Bill V. Wilkinson
                                                Bill V. Wilkinson