UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MELISSA STOCKTON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 06-CV-357-GKF-PJC ) |
| **HOUSECALLS HOME HEALTH SERVICES, INC., ALLCARE HEALTH SYSTEMS, INC. and DEREK APPLE, an Individual,** | ) ) ) ) ) ) |
| **Defendants.** | ) |

## ORDER

On the 10th day of August, 2007, Plaintiff's Third Motion to Compel Discovery [Dkt 117] and Brief in Support [Dkt 118] came on for hearing before the Court, and having reviewed the record, heard argument of counsel for the parties, and being fully advised in the premises, the Court finds that said Motion is granted in part and denied in part.

The Court further finds that for good cause shown the Defendants be allowed until August 17, 2007 to supplement their Motion to Preclude Plaintiff from Introducing Documents Bates Numbered Stockton 290 Through Stockton 1145 in Evidence, With Brief in Support [Dkt 119], and that Plaintiff's response is due August 27, 2007; that Plaintiff's request to supplement the record with respect to the Teresa Burkett deposition is hereby granted and due August 27, 2007, and that Defendants' response is due September 4, 2007; and that Plaintiff be allowed until August 30, 2007 to file an appeal with respect to the ruling by Magistrate Judge Cleary concerning the issue of the attorney/client privilege raised by Plaintiff at her deposition on August 9, 2007.

The Court further finds that discovery in this case is closed with the exception of the Teresa Burkett deposition issue.

IT IS SO ORDERED.

Dated this 15th day of August, 2007.

_____
Paul J. Cleary
United States Magistrate Judge