## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELISSA STOCKTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 06-CV-357-GKF-PJC |
| HOUSECALLS HOME HEALTH SERVICES, INC., et al., | ) ) ) ) |
| Defendants. | ) |

### O R D E R

Before the Court for determination is Plaintiff's Motion to Reopen Discovery for Production of a Single File [Dkt. # 189]. Based on testimony of witness Teresa Burkett, Plaintiff seeks production of the personnel file of Defendant Derek Apple. In the testimony at issue, Burkett stated that she recommended to Steve Money that documentation be placed in Derek Apple's personnel file that a complaint of sexual harassment had been investigated and that the investigator could not tell whether such harassment had occurred. Plaintiff seeks to determine if such documentation was placed in the file.

The Court finds good cause to Order Defendant corporations to produce any such documentation related to Burkett's recommendation from Apple's personnel file. The Court concludes, however, that it is not necessary to produce the entire personnel file. Plaintiff could have sought the full personnel file long ago. Discovery is long past and the request for additional discovery is limited to the specific documentation mentioned in Burkett's deposition testimony.

Therefore, within seven (7) days hereof, Defendant(s) shall produce any documentation contained in Derek Apple's personnel file to the effect that an investigation for sexual harassment was conducted by Burkett.

IT IS SO ORDERED this 5th day of October 2007.

_____
Paul J. Cleary
United States Magistrate Judge