## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELISSA STOCKTON, | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 06-CV-357- GKF-PJC ) |
| HOUSECALLS HOME HEALTH SERVICES, INC., ALLCARE HEALTH SYSTEMS, INC. and DEREK APPLE, an Individual, | ) ) ) ) ) |
| **Defendants.** | ) ) |

### DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE

The Defendants, by and through counsel, hereby request that the Court dismiss this case with prejudice in accordance with Rule 41 of the Federal Rules of Civil Procedure. In support of this Motion, the Defendants state as follows:

1. This case was settled on November 28, 2007, just prior to jury selection.

2. On November 28, 2007, the parties announced the settlement of this case in open Court. The Court entered a Minute memorializing the settlement and ordering closing papers by December 14, 2007 [Dkt. No. 234].

3. On December 18, 2007 and January 2, 2008, Defendants' counsel's office sent emails to Plaintiff's counsel as to the status of the Stipulation of Dismissal (See Exhibit "A" attached hereto). However, Plaintiff's counsel has not responded to Defendants' counsel's office or filed the Stipulation of Dismissal with the Court.

4.  On January 8, 2008, the Clerk of the Court entered an Administrative Closing Order [Dkt. No. 235].

5.  The settlement of this matter has been fully resolved; therefore, the Defendants request that the Court enter an Order dismissing this case with prejudice.

WHEREFORE, for the reasons stated herein, the Defendants requests that the Court enter an Order dismissing this case with prejudice.

Respectfully Submitted,

*s/Reuben Davis*
Reuben Davis, OBA # 2208
Michael Pollard, OBA #17894
Susan E. Walker, OBA #10859
Garry M. Gaskins, II, OBA #20212
Boone, Smith, Davis, Hurst & Dickman
500 Oneok Plaza, 100 West Fifth Street
Tulsa, Oklahoma 74103
Phone: (918) 587-0000
Fax: (918) 599-9317
Email: rdavis@boonesmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2008, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Bill V. Wilkinson

*s/Reuben Davis*

2