## Kim Thorsen

| | |
|---|---|
| **From:** | Kim Thorsen |
| **Sent:** | Wednesday, January 02, 2008 10:32 AM |
| **To:** | Kim Thorsen; 'Bill Wilkinson' |
| **Cc:** | Garry Gaskins; Diana Idleman |
| **Subject:** | RE: Stockton v. Allcare, et al. - Stipulation of Dismissal |
| **Importance:** | High |

Bill and/or Nancy:

I just wanted to follow-up with you. When do you intend to file the Stipulation of Dismissal with the Court? Let me know. Thank you, Kim


Kimberly G. Thorsen, Paralegal
Boone, Smith, Davis, Hurst & Dickman
500 ONEOK Plaza
100 West 5th Street
Tulsa, Oklahoma 74103
(918) 587-0000 (Telephone)
(918) 599-9317 (Telecopy)
kthorsen@boonesmith.com


CONFIDENTIALITY NOTICE: This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use, or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately.

---

**From:** Kim Thorsen
**Sent:** Tuesday, December 18, 2007 1:29 PM
**To:** 'Bill Wilkinson'
**Cc:** Garry Gaskins; Diana Idleman
**Subject:** Stockton v. Allcare, et al.
**Importance:** High

Bill and/or Nancy:

In reviewing the docket, it appears that the dismissal papers were due on Friday, 12/14/07 (see below).

| 11/28/2007 | 234 | MINUTES of Proceedings - held before Judge Gregory K Frizzell : Miscellaneous Hearing held on 11/28/2007, setting/resetting deadline(s)/hearing(s):, Dismissal Papers due by 12/14/2007 (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) (Entered: 11/29/2007) |
|---|---|---|

Will you be preparing and filing those? Let us know. Thanks, Kim

Kimberly G. Thorsen, Paralegal


EXHIBIT A

1/18/2008

Boone, Smith, Davis, Hurst & Dickman
500 ONEOK Plaza
100 West 5th Street
Tulsa, Oklahoma 74103
(918) 587-0000 (Telephone)
(918) 599-9317 (Telecopy)
kthorsen@boonesmith.com

CONFIDENTIALITY NOTICE: This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use, or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately.